UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)<br>)<br>)<br>)<br>)    3:09-md-02100-DRH-PMF<br><br>   MDL No. 2100 |

**This Document Relates To:**

*Deborah Allen, et al. v. Bayer Corporation, et al.* No. 10-cv-12275-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 25, 2013 (Doc. 11) and February 6, 2014 (Doc. 12), the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                                               NANCY J. ROSENSTENGEL,
                                                               CLERK OF COURT

                                                               BY:  /s/*Sara Jennings*
                                                                     Deputy Clerk

**Dated:** February 7, 2014

Digitally signed by David R. Herndon
Date: 2014.02.07 16:02:38 -06'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**